UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

**VIA ECF** July 14, 2025

The Honorable Georgette Castner
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: SEC v. Caz L. Craffy, No. 23 Civ. 3639 (GC) (RLS) (D.N.J.)

Dear Judge Castner:

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter to advise the Court that the SEC does not intend to pursue its claims for monetary relief against Defendant Caz L. Craffy ("Craffy"), the only remaining claims in this case.

The SEC filed its Complaint on July 7, 2023, charging Craffy with defrauding Gold Star family members and others by engaging in unauthorized trading and recommending excessive trades and high-risk strategies that did not match customers' investment profiles. The Complaint sought an injunction against Craffy from future violations of the charged federal securities laws, disgorgement of his ill-gotten gains, and a civil money penalty. As the Court is aware, in the parallel matter *United States v. Craffy*, Crim. No. 23-541 (D.N.J.) (the "Criminal Case"), Craffy pleaded guilty on April 16, 2024 to six counts of wire fraud and one count each of the following: securities fraud, making false statements in a loan application, committing acts affecting a personal financial interest, and making false statements to a federal agency.

On September 4, 2024, the Court in this case entered a consent judgment against Craffy (the "Judgment"). The Judgment resolves all issues in this case, except the SEC's claims for monetary relief, which the Judgment permits the SEC to pursue by subsequent motion. The SEC awaited Craffy's sentencing in the Criminal Case before determining whether to pursue its monetary claims.

On August 22, 2024, this Court in the Criminal Case (1) sentenced Craffy to 151 months in prison, followed by three years of supervised release; and (2) entered a Consent Judgment and Order of Forfeiture (and money judgment) that requires

Craffy to pay $1,482,741.41 in forfeiture. In addition, on January 7, 2025, the Court in the Criminal Case ordered Craffy to pay a total of $4,085,988.32 in restitution.

In light of Craffy's sentence, forfeiture, and restitution order, the SEC is forgoing its remaining monetary claims against Craffy in this case.

Respectfully submitted,

*/s/Hayden M. Brockett*
Hayden M. Brockett
*Counsel for Plaintiff SEC*

CC: Caz Craffy (via U.S. Mail, c/o Canaan USP)

It is so ordered this 16th
day of July, 2025

Georgette Castner
GEORGETTE CASTNER, U.S.D.J.